*James, for appellant.*

*———, for appellee.*

---

### FRANK ELSTAN *v.* SUSAN ROBERTS.

**Pleading—Lost Pleading—Substitution—Waiver.**

> Where the court allowed plaintiff to substitute new pleadings for ones which had been lost, defendant waived the error, if any, in allowing the substitution, by failing to make it a ground for a new trial.

**Appeal—Presumption—Evidence Not in Record.**

> Where the evidence is not in the record the Court of Appeals must presume that it was such as to authorize the finding of the jury.

APPEAL FROM HENRY CIRCUIT COURT.

June 20. 1873.

OPINION BY JUDGE HARDIN:

We perceive no substantial or available error in the action of the court in causing new pleadings to be substituted for the original ones which were lost; but if in this action of the court there was any error, the defendant waived it by failing to make it a ground for a new trial.

The evidence adduced on the trial not being in the record, we must presume it was such as to authorize the finding of the jury, and we cannot say that the verdict is excessive, or not sustained by sufficient evidence.

The judgment is *affirmed.*

*Webb & Barbour, for appellant.*

*Drane, for appellee.*